[No. 40479-2-I.    Division One.    April 20, 1998.]

MARILOU SAN ANTONIO, *Appellant*, v. JACK HEATON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-19074-8, Jim Bates, J., entered February 4, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 40627-2-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. P.S.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01686-1, Charles V. Johnson, J., entered April 23, 1997. *Dismissed* by unpublished per curiam opinion.


[No. 40639-6-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-08301-3, Charles V. Johnson, J., entered March 31, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 40716-3-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS E. MORA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01003-5, Larry E. McKeeman, J., entered April 14, 1997. *Affirmed* by unpublished per curiam opinion.